UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CYPANGA SICAV SIF, Individually and on Behalf All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU, <br><br> Defendants. | Civil Action No. 2:25-cv-01716-JPS <br><br> CLASS ACTION |

**MOTION TO INTERVENE, TRANSFER, AND VACATE
LEAD-PLAINTIFF DEADLINE**

Proposed Intervenor ETHENEA Independent Investors S.A. ("ETHENEA") and City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (the "Pension Funds"), the Presumptive Lead Plaintiff in the related securities fraud class action *City of Hollywood Police Officers Retirement System v. Fiserv, Inc.*, No. 25-cv-06094 (S.D.N.Y.) ("First-Filed Action"), by and through its undersigned counsel, respectfully requests that this Court enter an order: (1) granting ETHENEA and the Pension Funds leave to intervene in the above-captioned matter under Federal Rule of Civil Procedure 24; (2) vacating or striking the lead-plaintiff notice and deadline in this case; and (3) transferring this case to the Southern District of New York for consolidation with the First-Filed Action. In support of this motion, ETHENEA and the Pension Funds respectfully submit the accompanying Memorandum of Law and [Proposed] Order.

1

DATED: November 14, 2025             Respectfully submitted,

**BARTON CERJAK S.C.**

*/s/ James B. Barton*
James B. Barton
WI Bar No. 1068900
313 North Plankinton Ave., Suite # 207
Milwaukee, WI 53203
Telephone: (414) 488-1822
jbb@bartoncerjak.com

*Liaison Counsel for Presumptive Lead Plaintiff*

**MOTLEY RICE LLC**
Christopher F. Moriarty (*admission forthcoming*)
SC Bar No. 100187
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
cmoriarty@motleyrice.com

*Counsel for Presumptive Lead Plaintiff and Proposed Lead Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville (*admission forthcoming*)
NY Bar No. 4740338
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

*Additional Counsel for Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner (*admission forthcoming*)
FL Bar No. 244082
Stuart A. Kaufman (*admission forthcoming*)
FL Bar No. 979211
7080 NW 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*