UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CYPANGA SICAV SIF, Individually and on Behalf All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>                     Defendants. | Civil Action No. 2:25-cv-01716-JPS<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE IN ORDER TO TRANSFER CASE AND VACATE LEAD PLAINTIFF DEADLINE**

Having considered proposed intervenor ETHENEA Independent Investors S.A. ("ETHENEA") and City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (the "Pension Funds") Motion to Intervene in Order to Transfer Case and Vacate Lead Plaintiff Deadline (the "Motion"), the Court ORDERS as follows:

1. The Motion is GRANTED.

2. ETHENEA and the Pension Funds may intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure.

3. The November 4, 2025 notice issued in connection with the filing of this case establishing a January 5, 2026 lead plaintiff deadline is vacated and stricken. Any lead plaintiff motions filed in response to the November 4, 2025 notice are untimely and will not be considered by the Court.

4. Within five days of issuance of this Order, ETHENEA and the Pension Funds are directed to issue a corrective notice, substantially in the form of Exhibit A attached hereto, informing investors that the Court has vacated and stricken the January 5, 2026 lead plaintiff deadline in this case.

5. The Clerk of the Court is hereby directed to transfer this case to the Southern District of New York.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE J.P. STADTMUELLER
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**PRESUMPTIVE LEAD PLAINTIFF IN THE *FISERV* SECURITIES CLASS ACTION ANNOUNCES CLARIFICATION OF DEADLINE FOR SEEKING APPOINTMENT AS LEAD PLAINTIFF IN THE *CYPANGA* ACTION**

*Business Wire*– November _, 2025 – Pursuant to an Order issued by the United States District Court for the Eastern District of Wisconsin, ETHENEA Independent Investors S.A. ("ETHENEA") and City of Hollywood Police Officers' Retirement System and City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (the "Pension Funds"), the presumptive Lead Plaintiff in the first-filed securities class action styled *City of Hollywood Police Officers Retirement System v. Fiserv, Inc.*, No. 25-cv-06094 (S.D.N.Y.) (the "First-Filed Securities Class Action"), publishes this notice to clarify that: (1) on November _, 2025, the case styled *Cypanga Sicav SIF v. Fiserv, Inc.*, No. 25-cv-01716 (E.D. Wis.) (the "*Cypanga* Action") was transferred to the United States District Court for the Southern District of New York for the purpose of consolidation into the First-Filed Securities Class Action, with ETHENEA and the Pension Funds as the presumptive Lead Plaintiff and Motley Rice LLC as presumptive Lead Counsel; and (2) the deadline to seek appointment as lead plaintiff in the *Cypanga* Action has been vacated.

This clarification corrects information previously published by Scott+Scott Attorneys at Law LLP on November 4, 2025, which advised that the deadline for investors to move for appointment as lead plaintiff in the *Cypanga* Action is January 5, 2026 (the "November 4, 2025 Notice"). The statutory deadline for any motions seeking appointment in the First-Filed Securities Class Action on behalf of investors in Fiserv common stock previously expired on September 22, 2025. Pursuant to the Court's Order in the *Cypanga* Action, any motions filed in response to the November 4, 2025 Notice are untimely and will not be considered by the Court in the *Cypanga* Action.

Additional information concerning the pending First-Filed Securities Class Action is available on the docket for *City of Hollywood Police Officers Ret. Sys. v. Fiserv, Inc.,* No. 25-cv-06094 (S.D.N.Y.). If you wish to discuss this action, you may contact Christopher F. Moriarty, proposed lead counsel in the First-Filed Securities Class Action, at cmoriarty@motleyrice.com.