UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CYPANGA SICAV SIF,

    Plaintiff,

v.

FISERV, INC., et al.,

    Defendants.

Case No. 25-CV-1716-JPS

**DISCLOSURE STATEMENT PURSUANT TO CIVIL L.R. 7.1**

The undersigned, counsel of record for Defendants Fiserv, Inc. ("Fiserv"), Michael P. Lyons, and Robert W. Hau, furnishes the following list in compliance with L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of the parties represented by the undersigned are: Fiserv, Inc., Michael P. Lyons, and Robert W. Hau.

2. Fiserv is a Wisconsin corporation.

3. Fiserv has no parent corporation. To the best of Fiserv's knowledge, no publicly held corporation owns 10% or more of Fiserv's stock.

4. Sullivan & Cromwell LLP is the only law firm whose attorneys are currently expected to appear for Fiserv, Inc., Michael P. Lyons, and Robert W. Hau in this matter.

Dated: New York, New York
November 25, 2025

                                    */s/ Alexander J. Willscher*
                                  Alexander J. Willscher (Bar No. 4860755)
Brian T. Frawley (Bar No. 2586048)
Julia A. Malkina (Bar No. 5054572)
Attorneys for Defendants Fiserv, Inc., Michael P. Lyons, and Robert W. Hau
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 588-4000
Facsimile: (212) 588-3588
willschera@sullcrom.com
frawleyb@sullcrom.com
malkinaj@sullcrom.com