UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CYPANGA SICAV SIF, individually
and on behalf of all others similarly
situated,

                Plaintiff,

   v.

FISERV, INC., MICHAEL P. LYONS,
and ROBERT W. HAU,

                Defendants.

Case No: 2:25-cv-01716

**STIPULATION AND [PROPOSED] ORDER**

---

WHEREAS, on November 4, 2025, Plaintiff Cypanga Sicav SIF filed this action asserting putative class action claims under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder against Defendants Fiserv, Inc., Michael P. Lyons, and Robert W. Hau;

WHEREAS, this Action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA"), which requires that, no later than 20 days after the date on which a complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class of "the pendency of the action, the claims asserted therein, [] the purported class period; and [] that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class," 15 U.S.C. § 78u-4(a)(3)(A);

WHEREAS, Plaintiff, through its undersigned counsel, published the PSLRA's required notice on November 4, 2025, and members of the class have until January 5, 2026, to move the Court for appointment as lead plaintiff in this action;

WHEREAS, the PSLRA provides that, following the expiration of the 60-day notice period, the Court will address consolidation of all related actions (if any), the appointment of a lead plaintiff, and the lead plaintiff's retention of lead counsel, 15 U.S.C. § 78u-4(a)(3)(B);

WHEREAS, all Defendants have either been served with the Complaint or agreed to waive service;

WHEREAS, the parties wish to provide time for Defendants to respond to the Complaint or any consolidated or amended complaint that may be filed in accordance with the procedural timing requirements of the PSLRA; and

WHEREAS, in accordance with the requirements of the PSLRA, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. All Defendants have either been served with the Complaint or agreed to waive service.

2. Defendants shall have no obligation to answer or otherwise respond to the Complaint except as provided below.

3. Within fourteen (14) days after entry of an order appointing lead plaintiff(s) and lead counsel, counsel for lead plaintiff(s) and counsel for Defendants shall meet and confer and submit to the Court a schedule for the filing of a consolidated or amended complaint, if any, and a time for Defendants to respond to the Complaint or any consolidated or amended complaint by answer, motion, or otherwise.

-2-

Case 2:25-cv-01716-JPS    Filed 12/01/25    Page 2 of 4    Document 17

4. The requirement under the Court's Protocols and Procedures (Dkt. Entry No. 3) to submit a Rule 26 plan within two weeks of all parties' appearance is suspended pending appointment of a lead plaintiff; submission of a schedule for filing of a consolidated or amended complaint, if any, and responses thereto; and if any Defendant responds by motion to dismiss, a decision by the Court on that motion to dismiss.

5. Except as to the defense of insufficiency of service of process, by entering into this Stipulation, Defendants do not waive, and hereby expressly preserve, all potential defenses in this litigation, including but not limited to defenses relating to venue or jurisdiction.

Dated: December 1, 2025
New York, New York

| | |
|---|---|
| */s/ Amanda F. Lawrence* | */s/ Alexander J. Willscher* |
| Amanda F. Lawrence (Bar No. 423508) | Alexander J. Willscher (Bar No. 4860755) |
| Attorney for Plaintiff Cypanga Sicav SIF | Julia A. Malkina (Bar No. 5054572) |
| SCOTT + SCOTT | Brian Frawley (Bar No. 2586048) |
| ATTORNEYS AT LAW LLP | Attorneys for Defendants Fiserv, Inc., Michael |
| 156 South Main Street, P.O. Box 192 | P. Lyons, and Robert W. Hau |
| Colchester, Connecticut 06415 | SULLIVAN & CROMWELL LLP |
| Telephone: (860) 537-5537 | 125 Broad Street |
| Facsimile: (860) 531-2645 | New York, New York 10004 |
| alawrence@scott-scott.com | Telephone: (212) 558-4000 |
| | Facsimile: (212) 588-3588 |
| Thomas L. Laughlin, IV (Bar No. 4471975) | willschera@sullcrom.com |
| Mandeep S. Minhas (Bar No. 5799929) | malkinaj@sullcrom.com |
| Attorneys for Plaintiff Cypanga Sicav SIF | frawleyb@sullcrom.com |
| SCOTT + SCOTT | |
| ATTORNEYS AT LAW LLP | |
| The Helmsley Building | |
| 230 Park Avenue, 24th Floor | |
| New York, New York 10169 | |
| Telephone: (212) 223-6444 | |
| Facsimile: (212) 223-6334 | |
| tlaughlin@scott-scott.com | |
| mminhas@scott-scott.com | |

**SO ORDERED**

Date:_____

The Honorable J.P. Stadtmueller
United States District Judge