UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CYPANGA SICAV SIF, Individually and on Behalf and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>      Defendants. | Civil Action No. 2:25-cv-01716<br><br>CLASS ACTION |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE, TRANSFER, AND VACATE LEAD-PLAINTIFF DEADLINE**

I, Thomas L. Laughlin, IV, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney duly licensed to practice in the state of New York. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff in the above-captioned action.

2. I make this declaration in opposition to Proposed Intervenor's Motion to Intervene, Transfer, and Vacate Lead-Plaintiff Deadline. I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3. Attached are true and correct copies of the following:

    Exhibit 1: Excerpts of the 2024 Annual Report (Form 10-K), filed with the Securities and Exchange Commission by Fiserv, Inc. ("Fiserv") on February 20, 2025;

    Exhibit 2: Fiserv's Company Conference Presentation, dated June 4, 2025;

    Exhibit 3: A table summarizing the total trading volume, daily trading volume, and average daily trading volume in Fiserv's common stock from July 23, 2025 to October 29, 2025, data provided by Bloomberg; and

    Exhibit 4: Notice issued pursuant to the Private Securities Litigation Reform Act in *City of Hollywood Police Officers' Retirement System v. Fiserv, Inc.*, No. 25-cv-06094 (S.D.N.Y.), dated July 24, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December 2025 in New York, New York.

                          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                          /s/ *Thomas L. Laughlin, IV*
                          THOMAS L. LAUGHLIN, IV