# EXHIBIT 3

**FISV: Total Volume and Average Daily Volume from July 23, 2025 to October 29, 2025**
**(Data Provided by Bloomberg)**

| Total Volume | 450,794,408 |
|---|---|
| Average Daily Volume | 6,439,920 |

| DATE | VOLUME |
|---|---|
| 10/29/2025 | 103,454,150 |
| 10/28/2025 | 5,802,797 |
| 10/27/2025 | 3,809,938 |
| 10/24/2025 | 2,840,906 |
| 10/23/2025 | 2,454,390 |
| 10/22/2025 | 3,953,648 |
| 10/21/2025 | 3,086,831 |
| 10/20/2025 | 3,958,319 |
| 10/17/2025 | 4,315,878 |
| 10/16/2025 | 5,394,702 |
| 10/15/2025 | 4,927,603 |
| 10/14/2025 | 3,923,860 |
| 10/13/2025 | 3,518,768 |
| 10/10/2025 | 4,497,608 |
| 10/9/2025 | 3,554,941 |
| 10/8/2025 | 3,233,566 |
| 10/7/2025 | 4,196,363 |
| 10/6/2025 | 5,773,038 |
| 10/3/2025 | 4,431,972 |
| 10/2/2025 | 5,563,825 |
| 10/1/2025 | 5,073,517 |
| 9/30/2025 | 4,764,307 |
| 9/29/2025 | 3,990,498 |
| 9/26/2025 | 3,202,463 |
| 9/25/2025 | 4,520,000 |
| 9/24/2025 | 6,231,260 |
| 9/23/2025 | 7,440,571 |
| 9/22/2025 | 7,526,804 |
| 9/19/2025 | 10,594,018 |
| 9/18/2025 | 3,239,378 |
| 9/17/2025 | 3,042,919 |
| 9/16/2025 | 3,374,262 |

| Date | Value |
|---|---|
| 9/15/2025 | 2,969,900 |
| 9/12/2025 | 2,913,499 |
| 9/11/2025 | 3,859,098 |
| 9/10/2025 | 4,828,868 |
| 9/9/2025 | 4,124,168 |
| 9/8/2025 | 5,130,166 |
| 9/5/2025 | 3,575,191 |
| 9/4/2025 | 3,337,061 |
| 9/3/2025 | 3,329,432 |
| 9/2/2025 | 4,914,037 |
| 8/29/2025 | 3,769,837 |
| 8/28/2025 | 3,853,868 |
| 8/27/2025 | 3,615,276 |
| 8/26/2025 | 4,108,456 |
| 8/25/2025 | 2,783,180 |
| 8/22/2025 | 6,163,121 |
| 8/21/2025 | 3,596,073 |
| 8/20/2025 | 3,749,804 |
| 8/19/2025 | 4,669,973 |
| 8/18/2025 | 3,793,700 |
| 8/15/2025 | 4,221,642 |
| 8/14/2025 | 4,159,248 |
| 8/13/2025 | 4,260,127 |
| 8/12/2025 | 3,002,936 |
| 8/11/2025 | 3,477,321 |
| 8/8/2025 | 3,928,110 |
| 8/7/2025 | 6,307,200 |
| 8/6/2025 | 5,699,917 |
| 8/5/2025 | 5,427,775 |
| 8/4/2025 | 4,981,683 |
| 8/1/2025 | 5,451,759 |
| 7/31/2025 | 5,669,300 |
| 7/30/2025 | 5,181,085 |
| 7/29/2025 | 6,644,546 |
| 7/28/2025 | 7,907,054 |
| 7/25/2025 | 7,783,801 |
| 7/24/2025 | 12,905,006 |
| 7/23/2025 | 29,008,090 |