**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

--------------------------------------------------------x
CYPANGA SICAV SIF, individually
and on behalf of all others similarly
situated,

                Plaintiff,

      v.                         Case No: 2:25-cv-01716

FISERV, INC., MICHAEL P. LYONS,
and ROBERT W. HAU,

                Defendants.

--------------------------------------------------------x

## <u>NOTICE OF RELATED ACTIONS</u>

Pursuant to Civil L.R. 3(b)(5), Defendants Fiserv, Inc. ("Fiserv"), Michael P. Lyons, and Robert W. Hau state that the following is a related case pending in this District: *Lombard* v. *Fiserv, Inc., et al.*, Case No. 25-1786 (E.D. Wis. 2025) (Pepper, J.).

The two cases are related because each alleges similar federal securities law claims against the same defendants, regarding the same public statements, and on behalf of the same putative class of Fiserv stockholders.

Dated: December 11, 2025

Respectfully submitted,

*/s/ Alexander J. Willscher*

Alexander J. Willscher (Bar No. 4860755)
Brian T. Frawley (Bar No. 2586048)
Julia A. Malkina (Bar No. 5054572)
Attorneys for Defendants Fiserv, Inc.,
Michael P. Lyons, and Robert W. Hau
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 588-4000
Facsimile: (212) 588-3588
frawleyb@sullcrom.com
willschera@sullcrom.com
malkinaj@sullcrom.com

-2-