# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| CYPANGA SICAV SIF, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>      Defendants. | Civil Action No. 2:25-cv-01716-JPS<br><br>CLASS ACTION |
| SANDRA LOMBARD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FISERV, INC., MICHAEL LYONS, and ROBERT HAU,<br><br>      Defendants. | Civil Action No. 2:25-cv-01786-NJ<br><br>CLASS ACTION |

**NORTHERN CALIFORNIA PIPE TRADES TRUST FUNDS' NOTICE OF MOTION AND MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

PLEASE TAKE NOTICE that the Northern California Pipe Trades Trust Funds ("NCPTTF"), by and through its undersigned counsel, hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, and Rule 42 of the Federal Rules of Civil Procedure for an order: (1) consolidating the above-captioned actions; (2) appointing NCPTTF as Lead Plaintiff; (3) approving NCPTTF's selection of Block & Leviton LLP as Lead Counsel for the proposed class; and (4) granting any other relief that the Court may deem just and proper. In support of this Motion, NCPTTF submits the accompanying Memorandum of Law, Declaration of Jacob A. Walker and accompanying Exhibits, and a [Proposed] Order.

DATED:  January 5, 2026

Respectfully submitted,

*/s/ Jacob A. Walker*
Jeffrey C. Block (*pro hac vice* forthcoming)
Jacob A. Walker
Sarah E. Delaney (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
sarah@blockleviton.com

*Counsel for NCPTTF and Proposed Lead Counsel for the Class*

1