# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

|  |  |
|---|---|
| CYPANGA SICAV SIF, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>      Defendants. | Civil Action No. 2:25-cv-01716-JPS<br><br><u>CLASS ACTION</u> |
| SANDRA LOMBARD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FISERV, INC., MICHAEL LYONS, and ROBERT HAU,<br><br>      Defendants. | Civil Action No. 2:25-cv-01786-NJ<br><br><u>CLASS ACTION</u> |

## [PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

Having considered Northern California Pipe Trades Trust Funds' Motion for Consolidation and Appointment of Lead Plaintiff and Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Northern California Pipe Trades Trust Funds is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. Block & Leviton LLP is appointed Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the class: (a) preparing and filing pleadings; (b) briefing and arguing motions; (c) conducting discovery proceedings and depositions; (d) settlement negotiations with counsel for defendants; (e) pretrial proceedings and the trial of this matter; and (f) the supervision of all other matters concerning the prosecution or resolution of this action.

4. The action captioned *Lombard v. Fiserv, Inc. et al.*, No. 2:25-cv-01786-NJ (E.D. Wis.) is hereby consolidated under the above-captioned docket in the first-filed, lower-numbered *Cypanga Sicav SIF v Fiserv, Inc., et al.*, No. 2:25-cv-01716-JPS (E.D. Wis.), and the consolidated action shall be captioned: *In re Fiserv, Inc. Securities Litigation*.

5. The file in Case No. 2:25-cv-01716-JPS shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other case. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

1

6.	All securities class actions relating to the same or substantially similar alleged wrongdoing by Defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

7.	This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

IT IS SO ORDERED.

DATED: _____	_____

THE HONORABLE J.P. STADTMUELLER
UNITED STATES DISTRICT JUDGE

2