# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| CYPANGA SICAV SIF, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 2:25-cv-01716-JPS |
| v. | <u>CLASS ACTION</u> |
| FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU, | |
| Defendants. | |
| SANDRA LOMBARD, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 2:25-cv-01786-NJ |
| v. | <u>CLASS ACTION</u> |
| FISERV, INC., MICHAEL LYONS, and ROBERT HAU, | |
| Defendants. | |

**DECLARATION OF JACOB A. WALKER IN SUPPORT OF NORTHERN CALIFORNIA PIPE TRADES TRUST FUNDS' MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

I, Jacob A. Walker, declare as follows:

1.        I am a partner at the law firm of Block & Leviton LLP, counsel for Northern California Pipe Trades Trust Funds ("NCPTTF") in the above-captioned action, and I am admitted to practice before this Court.  I submit this declaration in support of NCPTTF's Motion for Consolidation and Appointment of Lead Plaintiff and Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.        Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published by Scott+Scott Attorneys at Law LLP through *GlobeNewswire* on November 4, 2025;

Exhibit B:      Certification of Che Timmons on behalf of NCPTTF;

Exhibit C:      NCPTTF's loss estimate, prepared by counsel;

Exhibit D:      Declaration of Che Timmons on behalf of NCPTTF; and

Exhibit E:      Block & Leviton LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of January 2026.

*/s/ Jacob A. Walker*
Jacob A. Walker
