# EXHIBIT B

## Plaintiffs Certification and Authorization

I, Che Timmons, on behalf of Northern California Pipe Trades Trust Funds ("NCPTTF"), hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint filed against Fiserv, Inc. ("Fiserv") and certain executives alleging violations of the federal securities laws in *Cypanga Sicav Sif v. Fiserv, Inc., Michael P. Lyons and Robert W. Hau.*, No. 2:25-cv-01716 (ED Wis.) and in *Sandra Lombard v. Fiserv, Inc. Michael Lyons and Robert Hau*, No. 2:25-cv-01786-PP (ED Wis.). I am authorized in my capacity as Chair of NCPTTF to initiate litigation and to execute this Certification on behalf of NCPTTF. I have authorized Block & Leviton LLP to file a motion on behalf of NCPTTF to serve as lead plaintiff.

2. NCPTTF did not purchase the securities that are the subject of this action at the direction of counsel or to participate in any action arising under the federal securities laws.

3. NCPTTF is willing to serve as a representative party on behalf of the Class of investors who purchased or acquired Fiserv's securities during the Class Period specified in the complaint, including providing testimony at deposition and trial, if necessary.

4. NCPTTF's transactions in Fiserv common stock during the Class Period are set forth in the attached Schedule A.

5. NCPTTF has served or sought to serve as a lead plaintiff on behalf of an asserted class under the federal securities laws of the United States during the three-year period preceding the date of this Certification, in the following cases:

   > *Brownback v. AppLovin Corp. et al.*, No. 4:25-cv-02772-HSG (N.D. Cal.);
   > *In re ASML Holding N.V. Sec. Litig.*, No. 24-cv-8664-NRB-JW (S.D.N.Y.);
   > *Bardaji v. Match Group, Inc.*, No. 1 :23-cv-00245-MN (D. Del.).

6. NCPTTF will not accept any payment for serving as lead plaintiff or a representative party on behalf of the Class beyond NCPTTF's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered and approved by the Court.

Docusign Envelope ID: 527CCEC6-538F-446F-8471-571002930437

Dated: 12/29/2025

DocuSigned by:

*Ché Timmons*

Che Timmons, Chair
*Northern California Pipe Trades Trust Funds*

Docusign Envelope ID: 527CCEC6-538F-446F-8471-571002930437

# Schedule A

Docusign Envelope ID: 527CCEC6-538F-446F-8471-571002930437

# Northern California Pipe Trades Trust Funds
## Fiserv Inc. Transactions
Class Period: July 23, 2025 – October 29, 2025

| Date | Transaction | Shares | Share Price |
|---|---|---|---|
| July 23, 2025 | Purchase | 400 | $140.0017 |
| July 24, 2025 | Purchase | 1,300 | $140.0815 |
| July 25, 2025 | Purchase | 400 | $140.2247 |
| July 25, 2025 | Purchase | 100 | $141.5206 |
| July 28, 2025 | Purchase | 400 | $139.885 |
| July 28, 2025 | Purchase | 600 | $141.39 |
| July 29, 2025 | Purchase | 300 | $141.6375 |
| July 29, 2025 | Purchase | 200 | $142.1031 |
| July 30, 2025 | Purchase | 100 | $141.9422 |
| August 13, 2025 | Purchase | 400 | $134.18 |
| August 15, 2025 | Purchase | 100 | $135.59 |
| September 12, 2025 | Purchase | 400 | $135.05 |
| October 29, 2025 | Purchase | 700 | $71.23 |