# EXHIBIT C

# Northern California Pipe Trades Trust Funds
## Fiserv Inc. Loss Estimate

| Date | Transaction | Shares | Price Per Share | | Total |
|---|---|---|---|---|---|
| 7/23/25 | Buy | 400 | $140.0017 | $ | 56,000.68 |
| 7/24/25 | Buy | 1,300 | $140.0815 | $ | 182,105.95 |
| 7/25/25 | Buy | 400 | $140.2247 | $ | 56,089.88 |
| 7/25/25 | Buy | 100 | $141.5206 | $ | 14,152.06 |
| 7/28/25 | Buy | 400 | $139.8850 | $ | 55,954.00 |
| 7/28/25 | Buy | 600 | $141.3900 | $ | 84,834.00 |
| 7/29/25 | Buy | 300 | $141.6375 | $ | 42,491.25 |
| 7/29/25 | Buy | 200 | $142.1031 | $ | 28,420.62 |
| 7/30/25 | Buy | 100 | $141.9422 | $ | 14,194.22 |
| 8/13/25 | Buy | 400 | $134.1800 | $ | 53,672.00 |
| 8/15/25 | Buy | 100 | $135.5900 | $ | 13,559.00 |
| 9/12/25 | Buy | 400 | $135.0500 | $ | 54,020.00 |
| 10/29/25 | Buy | 700 | $71.2300 | $ | 49,861.00 |
| **Total** | | **5,400** | **$130.62** | **$** | **705,354.66** |
| **Lookback Value** | | 5,400 | $65.04 | $ | 351,216.00 |
| **Estimated Loss** | | | | **$** | **(354,138.66)** |