# EXHIBIT D

Docusign Envelope ID: 527CCEC6-538F-446F-8471-571002930437

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| CYPANGA SICAV SIF, *Individually and on Behalf of All Others Similarly Situated,*<br><br>   Plaintiff,<br><br>   v.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>   Defendants. | Case No. 2:25-cv-01716<br><br>CLASS ACTION |

AND

|  |  |
|---|---|
| SANDRA LOMBARD, *Individually and on Behalf of All Others Similarly Situated,*<br><br>   Plaintiff,<br><br>   v.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>   Defendants. | Case No. 2:25-cv-01786-PP<br><br>CLASS ACTION |

**DECLARATION OF CHE TIMMONS ON BEHALF OF NORTHERN CALIFORNIA PIPE TRADES TRUST FUNDS**

I, Che Timmons, declare under penalty of perjury of the laws of the United States of America as follows:

1.     I respectfully submit this declaration in support of the motion of Northern California Pipe Trades Trust Funds ("NCPTTF") for appointment as Lead Plaintiff and approval

of NCPTTF's selection of Block & Leviton LLP as Lead Counsel in this action. With regard to the information in this declaration, I have personal knowledge relating to NCPTTF.

2. I am the Chair of NCPTTF and am authorized to make this declaration on behalf of NCPTTF. NCPTTF provides retirement and welfare benefits to the members of the UA Local Union 342 and their beneficiaries.

3. The Certification submitted with NCPTTF's motion accurately reflects NCPTTF's transactions in Fiserv Inc. ("Fiserv") securities from July 23, 2025 through October 29, 2025. As reflected in the Certification, NCPTTF purchased a significant amount of Fiserv common stock during the class period in this case and suffered substantial losses, which are the result of the alleged violations of the federal securities laws.

4. After a thorough consultation, and after considering the merits of this action, NCPTTF retained Block & Leviton LLP to act as its attorney and to seek the status of lead plaintiff in this lawsuit. NCPTTF retained Block & Leviton to monitor its investments and to alert it of potential instances of actionable securities fraud concerning its investments. I conferred with Block & Leviton regarding the merits of the claims against Fiserv, and I decided to seek appointment as lead plaintiff and selected Block & Leviton as counsel for NCPTTF in light of its significant experience and success achieving substantial recoveries in securities class actions.

5. NCPTTF is prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities fraud class action. I understand that the lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, ensuring that the resulting fees are fair and reasonable, and maximizing recovery for the class. I believe that NCPTTF's experience, knowledge, and sophistication will enable NCPTTF to vigorously represent the interests of the proposed Class.

6. I understand that NCPTTF could have chosen to take no action and remain an absent class member. However, due to NCPTTF's large financial losses and desire to actively oversee this litigation, I affirmatively decided that it would benefit NCPTTF and the Class if NCPTTF sought appointment as lead plaintiff.

7.   NCPTTF is committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, NCPTTF owes a fiduciary duty to all members of the Class to provide fair and adequate representation, and to work with lead counsel to obtain the largest possible recovery for the Class consistent with good faith and vigorous advocacy.

8.   I understand that, as lead plaintiff in this action, NCPTTF would be subject to the jurisdiction of the Court and will be bound by the rulings of the Court, including rulings regarding any judgments.

9.   I understand that as lead plaintiff, NCPTTF would be responsible for directing the activities of its counsel for the duration of the litigation, and that its counsel shall:

a.   Determine and present the position of Lead Plaintiff on all matters that may arise during the litigation;

b.   Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for the production of documents and the examination of witnesses at depositions;

c.   Conduct settlement negotiations on behalf of the Lead Plaintiff;

d.   Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e.   Retain expert consultants and witnesses;

f.   Prepare and distribute periodic status reports to the Lead Plaintiff;

g.   Maintain adequate time and disbursement records covering services as Lead Counsel; and

h.   Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Dated: 12/29/2025



Che Timmons, Chair
*Northern California Pipe Trades Trust Funds*