## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CYPANGA SICAV SIF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>Defendants. | Civil Action No. 2:25-cv-01716<br><br>CLASS ACTION |

## NOTICE OF MOTION BY CYPANGA SICAV SIF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

**TO:** **THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Cypanga Sicav SIF ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; and (2) approving Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Amanda F. Lawrence in support thereof, including Exhibits A-D, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED:  January 5, 2025

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

_s_/ Amanda F. Lawrence
Amanda F. Lawrence
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 531-2645
alawrence@scott-scott.com

Thomas L. Laughlin, IV
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com

_Counsel for Plaintiff and the Putative Class_

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 *s*/ Amanda F. Lawrence        
Amanda F. Lawrence

2