## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CYPANGA SICAV SIF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FISERV, INC., MICHAEL P. LYONS, and ROBERT W. HAU,<br><br>Defendants. | Civil Action No. 2:25-cv-01716<br><br>CLASS ACTION |

## DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF MOTION BY CYPANGA SICAV SIF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Amanda F. Lawrence, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff movant Cypanga Sicav SIF ("Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:     Notice published November 4, 2025 via *Globe Newswire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:     Movant's Loss Chart;

Exhibit C:     Movant's PSLRA Certification; and

Exhibit D:     Scott+Scott's Firm Résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 5th day of January, 2025.

     *s*/ Amanda F. Lawrence     
Amanda F. Lawrence

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s*/ Amanda F. Lawrence
Amanda F. Lawrence
