# EXHIBIT B

**LOSS ANALYSIS**

**Class Period: 07/23/2025 to 10/29/2025**

**FISERV INC**

| Ticker | | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|---|
| **FISV** | | **337738108** | **2342034** | **US3377381088** | **$65.08111** | **\*** |

**Cypanga Sicav SIF**

| LIFO | | | | | |
|---|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost / Proceeds** | |
| Purchase | 7/23/2025 | 3,473 | $141.77 | -$492,367.21 | |
| Purchase | 7/31/2025 | 1,233 | $139.87 | -$172,459.71 | |
| Purchase | 9/13/2025 | 2,173 | $134.22 | -$291,660.06 | |
| Purchase | 10/21/2025 | 1,681 | $126.02 | -$211,839.62 | |
| **Class Period purchases:** | | **8,560** | | **-$1,168,326.60** | |
| | LIFO Retained Purchases: | 8,560 | $65.08111 | $557,094.31 | |

**\* Value of retained shares is the mean trading price from 10/30/2025 to 01/05/2026**       **LIFO Gain/(Loss):** -$611,232.29