# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Jerome Tordo, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am the Chief Executive Officer of Cypanga Sicav SIF.  I am authorized to make legal decisions on behalf of Cypanga Sicav SIF.

2.     I have reviewed the Complaint for Violations of Federal Securities Law and authorize its filing.

3.     Cypanga Sicav SIF is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.     During the Class Period (as defined in the Complaint), Cypanga Sicav SIF purchased and/or sold the security that is subject of the Complaint as set forth in the attached Schedule A.

5.     Cypanga Sicav SIF did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.     Cypanga Sicav SIF has not sought to serve or served as a representative party in a class action that was filed under federal securities laws within the three-year period prior to the date of this Certification.

7.     Cypanga Sicav SIF will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

1

I declare under penalty of perjury, under the laws of the United States of America, the foregoing is true and correct this __4__ day of November, 2025.

CYPANGA SICAV SIF

Signé par :

*Jerome Tordo*

2F3DF32A3A6E444...

Jerome Tordo
Chief Executive Officer

2

Docusign Envelope ID: 84FE00C6-F72A-4148-8F94-610D2AC413B0

# Schedule A

**FISERV INC**                                          **Ticker:**     **FI**          **Cusip:**     **337738108**

Class Period: 07/23/2025 to 10/29/2025

**Cypanga Sicav SIF**

|                  | DATE       | SHARES | PRICE    |
|------------------|------------|--------|----------|
| **Purchases:**   | 7/23/2025  | 3,473  | $141.77  |
|                  | 7/31/2025  | 1,233  | $139.87  |
|                  | 9/13/2025  | 2,173  | $134.22  |
|                  | 10/21/2025 | 1,681  | $126.02  |