# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CYPANGA SICAV SIF, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>FISERV, INC., et al.,<br><br>          Defendants. | Civil No. 2:25-cv-01716-JPS |
| SANDRA LOMBARD, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>FISERV, INC., et al.,<br><br>          Defendants. | Civil No. 2:25-cv-01786-PP |

---

### NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

---

4897-0934-2853.v1

PLEASE TAKE NOTICE that Employees' Retirement System of Hawaii ("Hawaii ERS") hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq*., and Rule 42 of the Federal Rules of Civil Procedure for an order consolidating the above-captioned related securities class actions, appointing Hawaii ERS as Lead Plaintiff, and approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the putative class. In support of this Motion, Hawaii ERS submits the accompanying Memorandum of Law, the Declaration of Guri Ademi, and a [Proposed] Order.

## CONFERRAL COMPLIANCE STATEMENT

Because the PSLRA permits "any purported class member . . . including [] a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Hawaii ERS cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on January 5, 2026. Accordingly, Hawaii ERS' counsel respectfully requests that compliance with this Court's meet and confer requirements (ECF 3 at 11) be waived due to the fact that unknown movants cannot be conferred with.

DATED: January 5, 2026          ADEMI LLP
GURI ADEMI (1021729)
SHPETIM ADEMI (1026973)
JOHN D. BLYTHIN (1046105)

                s/ John D. Blythin
                JOHN D. BLYTHIN
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: 414/482-8000
gademi@ademilaw.com
sademi@ademilaw.com
jblythin@ademilaw.com

Local Counsel

- 1 -

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

4897-0934-2853.v1