UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CYPANGA SICAV SIF, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>FISERV, INC., et al.,<br><br>          Defendants. | Civil No. 2:25-cv-01716-JPS |
| SANDRA LOMBARD, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>FISERV, INC., et al.,<br><br>          Defendants. | Civil No. 2:25-cv-01786-PP |

**DECLARATION OF GURI ADEMI IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, GURI ADEMI, declare as follows:

1.	I am an attorney duly licensed to practice before all of the courts of the State of Wisconsin and this Court.  I am an attorney with Ademi LLP, proposed local counsel for the Employees' Retirement System of Hawaii ("Hawaii ERS").  I make this declaration in support of Hawaii ERS' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.	Attached are true and correct copies of the following exhibits provided per the statutory requirements:

Exhibit A:	Notice of pendency of first-filed class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on November 4, 2025;

Exhibit B:	Hawaii ERS' Certification; and

Exhibit C:	Estimate of Hawaii ERS' losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of January, 2026.

s/ Guri Ademi
GURI ADEMI (SBN 1021729)

- 1 -