# EXHIBIT B

Case 2:25-cv-01716-JPS    Filed 01/05/26    Page 1 of 3    Document 30-2

# CERTIFICATION PURSUANT TO
# FEDERAL SECURITIES LAWS

1.      I, Thomas Williams, on behalf of the Employees' Retirement System of Hawaii (the "Retirement System"), as Executive Director, with authority to bind the Retirement System and enter into litigation on its behalf, execute this certification pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2.      I have reviewed a complaint on behalf of investors in the securities of Fiserv Inc. ("Fiserv" or the "Company") and authorize the filing of a motion pursuant to the PSLRA on behalf of the Retirement System for appointment as Lead Plaintiff.

3.      The Retirement System did not purchase or acquire Fiserv securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934.

4.      The Retirement System is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Fiserv securities as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of the Retirement System's transactions in Fiserv securities during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, the Retirement System has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      The Retirement System agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed ___12/29/2025_____.

By: _____
Thomas Williams, Executive Director
Employees' Retirement System of the State of Hawaii

FISERV

# SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/04/2025 | 2,300 | $135.80 |
| 09/04/2025 | 8,600 | $135.83 |
| 09/09/2025 | 8,100 | $135.77 |
| 09/10/2025 | 100 | $135.24 |
| 09/10/2025 | 800 | $135.57 |
| 09/10/2025 | 1,200 | $136.24 |
| 09/10/2025 | 2,000 | $136.24 |
| 09/10/2025 | 5,700 | $135.57 |
| 09/17/2025 | 400 | $134.91 |
| 09/17/2025 | 500 | $134.34 |
| 09/17/2025 | 4,700 | $134.52 |
| 09/17/2025 | 5,500 | $134.60 |
| 09/25/2025 | 1,700 | $129.54 |
| 09/25/2025 | 2,300 | $129.76 |
| 09/25/2025 | 5,100 | $129.41 |
| 10/06/2025 | 800 | $126.66 |
| 10/06/2025 | 2,100 | $126.10 |
| 10/06/2025 | 8,000 | $126.63 |
| 10/14/2025 | 18 | $124.12 |
| 10/17/2025 | 299 | $121.65 |
| 10/22/2025 | 239 | $125.25 |
| 10/27/2025 | 176 | $126.54 |
| 10/28/2025 | 57 | $126.17 |

Prices listed are rounded up to two decimal places.