# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Employees' Retirement System of the State of Hawaii** | 09/04/2025 | 2,300 | $135.80 | $312,328.50 | held | 60,689 | $65.04 | $3,947,074.63 | |
| | 09/04/2025 | 8,600 | $135.83 | $1,168,138.86 | | | | | |
| | 09/09/2025 | 8,100 | $135.77 | $1,099,702.98 | | | | | |
| | 09/10/2025 | 100 | $135.24 | $13,524.00 | | | | | |
| | 09/10/2025 | 800 | $135.57 | $108,452.00 | | | | | |
| | 09/10/2025 | 1,200 | $136.24 | $163,488.00 | | | | | |
| | 09/10/2025 | 2,000 | $136.24 | $272,480.00 | | | | | |
| | 09/10/2025 | 5,700 | $135.57 | $772,720.50 | | | | | |
| | 09/17/2025 | 400 | $134.91 | $53,964.00 | | | | | |
| | 09/17/2025 | 500 | $134.34 | $67,167.50 | | | | | |
| | 09/17/2025 | 4,700 | $134.52 | $632,226.14 | | | | | |
| | 09/17/2025 | 5,500 | $134.60 | $740,325.30 | | | | | |
| | 09/25/2025 | 1,700 | $129.54 | $220,218.00 | | | | | |
| | 09/25/2025 | 2,300 | $129.76 | $298,447.08 | | | | | |
| | 09/25/2025 | 5,100 | $129.41 | $659,966.52 | | | | | |
| | 10/06/2025 | 800 | $126.66 | $101,328.00 | | | | | |
| | 10/06/2025 | 2,100 | $126.10 | $264,810.00 | | | | | |
| | 10/06/2025 | 8,000 | $126.63 | $1,013,032.80 | | | | | |
| | 10/14/2025 | 18 | $124.12 | $2,234.16 | | | | | |
| | 10/17/2025 | 299 | $121.65 | $36,373.35 | | | | | |
| | 10/22/2025 | 239 | $125.25 | $29,934.75 | | | | | |
| | 10/27/2025 | 176 | $126.54 | $22,271.04 | | | | | |
| | 10/28/2025 | 57 | $126.17 | $7,191.69 | | | | | |
| **Movant's Total** | | **60,689** | | **$8,060,325.17** | | **60,689** | | **$3,947,074.63** | **($4,113,250.54)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $65.04 as of January 02, 2026 for common stock.

Prices listed are rounded up to two decimal places.