## Brenda Xiong

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Monday, May 4, 2026 2:30 PM
**To:** InterDistrictTransfer_WIED
**Subject:** Transferred case has been opened

CASE: 2:25-cv-01716

DETAILS: Case transferred from Wisconsin Eastern has been opened in Southern District of New York as case 1:26-cv-03672, filed 05/04/2026.